IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Harrell, Sheila J

Printed: 10/2/07

Case Number:  06 B 15430
Judge: Goldgar, A. Benjamin

Filed: 11/22/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  July 16, 2007
Confirmed:  January 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,200.00 |  |
| Secured: |  | 1,152.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,343.00 |
| Trustee Fee: |  | 189.98 |
| Other Funds: |  | 515.02 |
| Totals: | 4,200.00 | 4,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,343.00 | 2,343.00 |
| 2. | Drive Financial Services | Secured | 10,759.87 | 1,152.00 |
| 3. | Illinois Dept of Revenue | Priority | 5,159.52 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 6. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 7. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 8. | Debt Recovery Solutions | Unsecured | 90.87 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 104.58 | 0.00 |
| 10. | Capital One | Unsecured | 859.09 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 92.97 | 0.00 |
| 12. | Paragon Way Inc | Unsecured | 30.40 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 160.00 | 0.00 |
| 14. | B-Line LLC | Unsecured | 300.17 | 0.00 |
| 15. | AT&T Wireless | Unsecured | 130.41 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 55.24 | 0.00 |
| 17. | Jefferson Capital | Unsecured | 230.39 | 0.00 |
| 18. | Premier Bankcard | Unsecured | 45.96 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 115.35 | 0.00 |
| 20. | AmeriCash Loans, LLC | Unsecured | 229.17 | 0.00 |
| 21. | AmeriCash Loans, LLC | Unsecured | 1,058.25 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 24.55 | 0.00 |
| 23. | Jefferson Capital | Unsecured | 167.73 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 35.74 | 0.00 |
| 25. | Illinois Dept of Revenue | Unsecured | 132.55 | 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harrell, Sheila J

Printed: 10/2/07

Case Number: 06 B 15430
Judge: Goldgar, A. Benjamin
Filed: 11/22/06

| # | Creditor | Type | Amount | Paid |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | 166.72 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 250.73 | 0.00 |
| 28. | Drive Financial Services | Unsecured | 572.56 | 0.00 |
| 29. | AT&T | Unsecured | 27.62 | 0.00 |
| 30. | Internal Revenue Service | Priority | | No Claim Filed |
| 31. | Internal Revenue Service | Priority | | No Claim Filed |
| 32. | Internal Revenue Service | Priority | | No Claim Filed |
| 33. | Chemical Bank | Unsecured | | No Claim Filed |
| 34. | Wachovia Bank | Unsecured | | No Claim Filed |
| 35. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 36. | Revenue Division | Unsecured | | No Claim Filed |
| 37. | RMI/MCSI | Unsecured | | No Claim Filed |
| 38. | City Of Matteson | Unsecured | | No Claim Filed |
| 39. | Global Payments | Unsecured | | No Claim Filed |
| 40. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 41. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 42. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 43. | Comcast | Unsecured | | No Claim Filed |
| 44. | City Of Hometown | Unsecured | | No Claim Filed |
| 45. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 46. | H&F Law | Unsecured | | No Claim Filed |
| 47. | Global Payments | Unsecured | | No Claim Filed |
| 48. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 49. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 50. | IC System Inc | Unsecured | | No Claim Filed |
| 51. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 52. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 53. | Midland Bank | Unsecured | | No Claim Filed |
| 54. | Nicor Gas | Unsecured | | No Claim Filed |
| 55. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 56. | NDC Check Services | Unsecured | | No Claim Filed |
| 57. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 58. | Monterey County Bank | Unsecured | | No Claim Filed |
| 59. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 60. | Nicor Gas | Unsecured | | No Claim Filed |
| 61. | City of Blue Island | Unsecured | | No Claim Filed |
| 62. | RMI/MCSI | Unsecured | | No Claim Filed |
| 63. | RMI/MCSI | Unsecured | | No Claim Filed |
| 64. | RMI/MCSI | Unsecured | | No Claim Filed |
| 65. | RMI/MCSI | Unsecured | | No Claim Filed |
| 66. | RMI/MCSI | Unsecured | | No Claim Filed |
| 67. | RMI/MCSI | Unsecured | | No Claim Filed |
| 68. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 69. | RMI/MCSI | Unsecured | | No Claim Filed |
| 70. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 71. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 72. | Annie Sez | Unsecured | | No Claim Filed |
| 73. | Sprint Nextel | Unsecured | | No Claim Filed |
| 74. | Sherman Acquisition | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harrell, Sheila J

Printed: 10/2/07

Case Number:  06 B 15430
Judge:  Goldgar, A. Benjamin
Filed:  11/22/06

| | | | |
|---|---|---|---|
| 75.  Armor System Corporation | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 23,143.44 | $ 3,495.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 71.99 |
| 5.4% | 117.99 |
| | _____ |
| | $ 189.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_